791 A.2d 213

IN THE MATTER OF GLENN R. GRONLUND,
AN ATTORNEY AT LAW.

March 7, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–316, concluding that **GLENN R. GRONLUND** of **ABSECON,** who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to communicate), and good cause appearing;

It is ORDERED that **GLENN R. GRONLUND** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.